FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Brian Monroe Taylor, DEFENDANT(S). | CASE NUMBER CR05-569-GPS ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____, IT IS ORDERED that a detention hearing is set for Detention/Further Proceedings, 2/8/08, at 2:00 ☐ a.m. / ☑ p.m. before the Honorable Johnson, in Courtroom #341, Roybal.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   (Other custodial officer)

Dated: 2/4/08

_____
U.S. District Judge/Magistrate Judge